IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **JOSE YOSAFAT URIOSTEGUI TORRES,** § § § | | |
| Petitioner, § | | |
| § | EP-26-CV-000187-DB | |
| **v.** § | | |
| § | | |
| **MARY DE ANDA-YBARRA**, *Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement*, *et al.*, § § § § § § | | |
| Respondents. § | | |

## **ORDER**

On this day, the Court considered the above-captioned case. On January 27, 2026, Petitioner Jose Yosafat Uriostegui Torres filed a "Verified Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief," ECF No. 1. On February 2, 2026, the Court issued its "Order," ECF No. 4, wherein following orders issued:

> Accordingly, after careful consideration of the undisputed facts in this case as well as the legal conclusions made in *Vieira* and this Court's subsequent immigration habeas cases brought by petitioners subject to mandatory detention under the Respondents' new interpretation of 8 U.S.C. § 1225(b), **IT IS HEREBY ORDERED**, Petitioner Jose Yosafat Uriostegui Torres' "Verified Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief," ECF No. 1, is **GRANTED IN PART** on procedural due process grounds.
> **IT IS FURTHER ORDERED** Respondents **SHALL PROVIDE** Petitioner with a bond hearing before an immigration judge at which the government shall bear the burden of justifying, by clear and convincing evidence, the dangerousness or flight risk for Petitioner's continued detention; or (2) release Petitioner from custody, under reasonable conditions of supervision, during the pendency of their removal proceedings **no later than February 4, 2026**.
> **IT IS FURTHER ORDERED** that, if applicable, Respondents **SHALL FILE** an advisory informing the Court when

>the bond hearing will be held in accordance with the preceding order **no later than February 3, 2026**.
>
>**IT IS FINALLY ORDERED** that, if applicable, Respondents **SHALL FILE** an advisory informing the Court, in detail, of the reasons for the IJ's bond hearing decision **no later than February 6, 2026.**

*Id.* at 3–4. On February 6, 2026, Respondents filed an "Advisory to the Court," ECF No. 6, notifying the Court "the immigration judge granted [Petitioner] bond in the amount of $5,000.00." *Id.* at 1.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than February 16, 2026.**

**SIGNED** this **9th** day of **February 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**