IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **JOSE YOSAFAT URIOSTEGUI TORRES,** | § § § | |
| Petitioner, | § § | EP-26-CV-00187-DB |
| v. | § § | |
| **KRISTI NOEM**, *et al.*, | § § | |
| Respondents. | § | |

### FINAL JUDGMENT

On this day, the Court considered the above-captioned case. On February 16, 2026, Respondents filed a "Joint Notice to the Court," ECF No. 8, advising the parties agreed no matters remain to be resolved by the Court. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **17th** day of **February 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE